# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSE LEAL and LISA LEAL,

Appellants,

v.

DAVID FERNANDO GARCIA,

Appellee.

_____

No. 2D2025-0844
_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Cheryl K. Thomas, Judge.

Jose Leal and Lisa Leal, pro se.

Yvette R. Lavelle and Vanessa Brizo of Boyd Richards Parker & Colonnelli, P.L., Miami, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.